# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/10/2015 4:58:46 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 15 - 00138 - CR

Trial Court Style: State of Texas v. Juan Merino

Trial Court & County: 123rd District, Shelby County     Trial Court No.: 14CR-19231

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: June 15, 2015

Anticipated Number of Pages of Record: 650 to 700

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☒ Other. (Explain.): We are in jury trial this week and next week, which goes beyond due date. I have edited 385 pages of approximately 650-700 pages. I need to complete editing, proofread, then format exhibits for filing.     July 15, 2015

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____, and **I hereby request an additional** 30 **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

June 10, 2015
Date        Signature    /s/ Terri Anders Hudson

936-598-9928
Office Phone Number       Printed Name    Terri Anders Hudson

tlahudson@yahoo.com
E-mail Address (if available)      Official Title    Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name: John D. Reeves                          Name:   Kenneth Florence, District Attorney

Address: 1007 Grant Street                    Address:  200 San Augustine St., Suite 12

        Lufkin, TX 75901                              Center, TX 75935

Phone no.: 936-632-1609                       Phone no.:   936-598-2489

Attorney for: Juan Merino                     Attorney for:   The State of Texas
 via fax: 936-632-1640                         via fax:   936-598-4106


Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:                                         Name:

Address:                                      Address:



Phone no.:                                    Phone no.:

Attorney for:                                 Attorney for:


Additional                          information,                          if                          any: